IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER BUNTEN,

    Petitioner,

v.

LIZZIE TEGELS,

    Respondent.

ORDER

20-cv-268-wmc
App. No. 23-3331

On November 2, 2023, the court dismissed the habeas petition filed by petitioner Christopher Bunten pursuant to 28 U.S.C. § 2254. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkts # 32, 33). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For this appeal to proceed, petitioner must either pay the $605 appellate docketing fee by January 3, 2024, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than January 3, 2024, petitioner Christopher Bunten shall pay the $605 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately June 7, 2023 through at least December 7, 2023. If petitioner fails to pay the $605 appellate docketing fee, comply as

1

directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 11th day of December, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge